UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DISTRICT

BRIAN A. MULLALLY, M.D.,

    Plaintiff,

-vs-

Case No.

STANDARD INSURANCE COMPANY,
an insurance entity doing business in the
State of Michigan,

    Defendant.

---

SIMEN, FIGURA & PARKER, P.L.C.
BY:   MICHAEL J. GILDNER (P49732)
Attorney for Plaintiff
5206 Gateway Centre, Suite 200
Flint, Michigan 48507
(810) 235-9000

---

## COMPLAINT AND JURY DEMAND

For his Complaint, Brian A. Mullally, M.D. says:

1. Brian M. Mullally, M.D. ("Mullally") was at all relevant times a resident of both the State of Florida and the State of Michigan.

2. Standard Insurance Company ("Standard") is an insurance entity that is licensed to do business in the State of Michigan.

3. This Court has federal question jurisdiction as the matter involves disability payments subject to ERISA, being 29 USC 1001, et seq.

### General Allegations

4. Mullally is a licensed physician specializing in family practice.

5. Standard issued Mullally a Business Overhead Expense insurance policy, that being policy C9125410 ("the Policy").

6. The Policy included a Salary Replacement Rider which defined "Covered Expenses."

7. In 2013, Mullally was diagnosed with intrahepatic cholangiocarcinoma, or terminal cancer of the liver.

8. Mullally was insured under the Policy at the time of the diagnosis.

9. On June 11, 2013, Mullally underwent surgery, followed by a regimen of chemotherapy, to treat the cancer.

10. At or near the date of this first surgery Mullally went on disability and Standard began making payments to him under the Policy in September 2013.

11. In January or February 2014, as Mullally's condition and prognosis seemed to stabilize, Mullally took steps to resume private practice.

12. But in May 2014, a CT scan suggested that the cancer had spread to Mullally's lymph nodes, and this development caused Mullally to scuttle plans of returning to work.

13. Also in May 2014, Standard stopped making disability payments to Mullally.

14. On July 15, 2014, Mullally underwent surgery at the Mayo Clinic to remove portions of his liver and surrounding lymph nodes.

15. From May 2014 to present, Standard has not made disability payments to Mullally under the Policy.

16. Mullally incorporates by reference the preceding paragraphs.

17. Standard abused its discretion in suspending disability payments to Mullally.

18. Standard made disability payments to Mullally from September 2013 until May 2014, and those payments included reimbursement for "Covered Expenses" under the Policy Rider.

19. Since May 2014, Mullally remains disabled and he remains liable for certain expenses that are "Covered Expenses" under the Policy Rider, but Standard refuses to make disability payments to him.

20. Standard's refusal to make payments since May 2014, is arbitrary and capricious.

21. Mullally has suffered damages as a result of Standard's wrongful conduct.

### Relief Requested

For these reasons, Brian A. Mullally, M.D. asks that the Court award damages equal to the proceeds payable under the Policy.

### JURY DEMAND

Plaintiff demands a trial by jury.

SIMEN, FIGURA & PARKER, P.L.C.

BY: _____
Michael J. Gildner (P49732)
Attorney for Plaintiff
5206 Gateway Centre, Suite 200
Flint, Michigan 48507
(810) 235-9000

Date: November 19, 2014