UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN A. MULLALLY, M.D.,

    Plaintiff/Counter-Defendant,         Case No. 14-cv-14433
                                                   Hon. Matthew F. Leitman

v.

STANDARD INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.
_____/

## **FINAL JUDGMENT**

The Court having entered an Order Granting Defendant's Motion to Dismiss and for Default Judgment (ECF #22) and Dismissing Plaintiff's First Amended Complaint (ECF #15) With Prejudice and an Order Granting Standard Insurance Company's Motion to Determine Damages for Default Judgment on Counterclaims (ECF #25);

**IT IS HEREBY ORDERED** that JUDGMENT be entered in favor of Defendant/Counter Plaintiff Standard Insurance Company and against Plaintiff/Counter Defendant Brian A. Mullally on Plaintiff's First Amended Complaint, and Plaintiff's First Amended Complaint is dismissed in its entirety; and

**IT IS FURTHER ORDERED** that JUDGMENT be entered in favor of Standard Insurance Company and against Brian A. Mullally on Standard Insurance Company's Counterclaims, in the amount of $133,103.29 (plus post-judgment interest pursuant to 28 U.S.C. §1961), along with costs.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113